UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                          Chapter 13
                                          Case No. 08-22639  ASH

**JUSTO REYES,**

                                          Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The debtor, having failed to comply with the provisions of 11 U.S.C. §1307(c)(1), (c)(3) and (c)(4), 11 U.S.C.§521(i) and §521(e)(2)(A)(i), having created unreasonable delay that is prejudicial to creditors, in that the debtor failed to timely file a plan; failed to remit timely proposed plan payments to the trustee, and failed to provide the required documentation, in particular, schedules, statement of financial affairs, payment advices and evidence of other payments received within 60 days, and the "means" test; and *seven (7) days prior to the §341(a) meeting of creditors ,*federal tax returns for the year immediately prior to filing, and failed to be examined at the scheduled 341(a) meeting of creditors.

**IT IS ORDERED THAT:**

The Chapter 13 case is hereby dismissed pursuant 11 U.S.C. §1307(c)(1); (c)(3) and (c)(4), 11 U.S.C.§521(i), and §521(e)(2)(A)(i).

Dated: White Plains, New York
       July 15, 2008

                                          **/s/ Adlai S. Hardin, Jr.**
                                          **UNITED STATES BANKRUPTCY JUDGE**